UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:25-cr-00197-RRS-DJA |
| | * | 18 U.S.C. § 641 |
| VERSUS | * | |
| | * | |
| PAUL LEBLANC    (01) | * | |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
Theft of Government Money
18 U.S.C. § 641

On or about July 28, 2020, in the Western District of Louisiana and elsewhere, the defendant, Paul Leblanc, willfully and knowingly did steal and purloin funds exceeding $1,000.00 from the United States Department of Veterans Affairs.

All in violation of Title 18, United States Code, Section 641. [18 U.S.C. § 641].

A TRUE BILL:

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
J. DANIEL SIEFKER, JR., La Bar 34764
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618